LOCAL FORM 1007-3

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  Dannyboy Gbadyu-Shaffa and Iris Payne            Case No. 20-42736

Debtor(s).

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**

(NOTE: <u>ONLY INCLUDE</u> information directly related to one business operation on each form)

Type of business  Insurance            Business Name  Statewide Insurance Services

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income for 12 Months Prior to Filing  $ 3860.04

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

2. Gross Monthly Income:                      $ 321.67

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

3. Payroll (paid to others)           $ _____
4. Payroll Taxes                      $ _____
5. Unemployment Taxes                 $ _____
6. Worker's Compensation              $ _____
7. Employee Benefits                  $ _____
   (e.g., pension, medical, etc.)

8. Other Taxes                        $ _____
9. Inventory Purchases                $ _____
   (including raw materials)

10. Purchase of Feed/Fertilizer/      $ _____
    Seed/Spray

11. Rent (Other than debtor's         $ _____
    principal residence)

12. Utilities                         $ _____
13. Office Expenses and Supplies      $ 64.17
14. Repairs and Maintenance           $ _____

LOCAL FORM 1007-3

| | | |
|---|---|---|
| 15. | Vehicle Expenses | $_____ |
| 16. | Travel and Entertainment | $_____ |
| 17. | Advertising and Promotion | $_____ |
| 18. | Equipment Rental and Leases | $_____ |
| 19. | Legal/Accounting/<br>Other Professional Fees | $_____ |
| 20. | Insurance | $_____ |
| 21. | Payment to Be Made Directly by<br>Debtor to Secured Creditors for<br>Pre-Petition Business Debts (specify) | $_____<br>$_____<br>$_____ |
| 22. | Other (describe) | $_____ |
| 23. | Total Monthly Expenses (add items 3-22) | $_____ |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

24. Average Net Monthly Income
    (subtract line 22 from line 2)      $ 257.50

                                        Net Monthly Income $ 257.50

Verification. I, Dannyboy Gbadyu-Shaffa, the debtor(s) named in the foregoing financial review form, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: 01/12/2021        Signed: _____

                               Print Name: Dannyboy Gbadyu-Shaffa

                               Address: 13451 Yorktown Lane North

                                        Champlin, MN 55316